29571. MILLS v. THE STATE.

NICHOLS, Chief Justice.

The appellant was indicted, tried and convicted for

the offense of armed robbery. Thereafter, a motion for new trial was filed but prior to being ruled upon a notice of appeal was filed. Until such motion for new trial is disposed of the appeal is premature. Accordingly, the appeal must be dismissed. See *Minter v. State,* 229 Ga. 804 (194 SE2d 462), and citations.

*Appeal dismissed. All the Justices concur.*

SUBMITTED JANUARY 13, 1975 — DECIDED JANUARY 22, 1975.

*Prentiss Ivory Davis, O. L. Collins,* for appellant.

*Richard E. Allen, District Attorney, Arthur K. Bolton, Attorney General, John B. Ballard, Jr., Assistant Attorney General,* for appellee.